UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-8021-ODW (GJS) | Date | January 18, 2017 |
|---|---|---|---|
| Title | Ivan Rene Moore v. Michelle Rosenblatt, et al. | | |

| Present: | Hon. Gail J. Standish, United States Magistrate Judge | |
|---|---|---|
| E. Carson | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant(s): |
| None present | | None present |

**Proceedings:**  (IN CHAMBERS) Order to Show Cause

On December 13, 2016, the Court issued an Order that required Plaintiff to file a status report every 30 days apprising the Court of his efforts to seek relief from the automatic stay in Defendant Bragg's pending bankruptcy case to allow him to pursue this action. Although Plaintiff's status report was due by no later than January 12, 2017, Plaintiff has neither filed it nor sought an extension of time to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE in connection with his noncompliance with the Court's Order of December 13, 2016.  By no later than **February 1, 2017**, Plaintiff shall file and serve a Response to this Order, explaining his noncompliance.  Alternatively, Plaintiff may discharge this Order by filing and serving the required status report.

Plaintiff is cautioned that the failure to comply with this Order, and his continued noncompliance with the December 13, 2016 Order, may result in a recommendation that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**