UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RENE MOORE,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>MICHELLE ROSENBLATT, et al.,<br><br>　　　　　Defendants. | Case No. 2:15-cv-8021-ODW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting The Findings And Recommendations Of United States Magistrate Judge,

**IT IS ADJUDGED THAT** this action is dismissed.

DATE: April 13, 2017　　　　　　　_____
　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE